**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **ASSOCIATED BUILDERS AND** )<br>**CONTRACTORS, INC.,** )<br> )<br>**Plaintiff,** )<br>**v.** )<br> )<br> )<br>**PATRICIA A. SHIU, Director, Office of** )<br>**Federal Contract Compliance Programs,** )<br>**in her official capacity, et al.,** )<br> )<br>**Defendants.** )<br>_____ ) | **Case No. 1:13cv1806-EGS** |

**JOINT REQUEST FOR PROPOSED EXPEDITED BRIEFING SCHEDULE**

This case presents an Administrative Procedure Act challenge to a Final Rule which is scheduled to take effect on March 24, 2014. The parties anticipate that the case will be decided on dispositive cross-motions based upon the Administrative Record. Plaintiff is seeking final injunctive relief on an expedited basis to prevent Defendants' Final Rule from taking effect on March 24, and believes that expedited briefing is necessary to give the Court sufficient time to review the issues and render a decision prior to that date. Defendants do not oppose this request for expedited briefing. Accordingly, counsel for the parties have conferred and agreed to submit this joint proposed expedited briefing schedule. A proposed order is attached.

1.      Plaintiff's dispositive motion shall be due on November 27, 2013.

2.      Defendants' dispositive cross-motion and opposition (in lieu of an answer) to Plaintiff's motion shall be due on December 20, 2013. Defendants shall also file the certified list of the Administrative Record provided for in LCvR7(n) by that date.

3.      Plaintiff's opposition to Defendants' motion and reply to Defendants' opposition

shall be due on January 10, 2014.

4.      Defendants' reply to Plaintiff's opposition shall be due on January 31, 2014.  The

parties shall also prepare and file the Joint Appendix under LCvR7(n) by that date.


Respectfully submitted,

/s/Maurice Baskin

Maurice Baskin (DC Bar #248898)
Littler Mendelson, P.C.
1150 17th St., N.W.
Washington, D.C. 20036
202-772-2526
mbaskin@littler.com

Attorney for Plaintiff


Stuart F. Delery
Assistant Attorney General

Ronald C. Machen, Jr.
United States Attorney

Judry L. Subar
Assistant Branch Director (DC Bar #347518)

/s/ Daniel Riess

Daniel Riess (Texas Bar # 24037359)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-353-3098
daniel.riess@usdoj.gov

Attorneys for Defendants