**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ASSOCIATED BUILDERS AND CONTRACTORS, INC.**<br><br>   **Plaintiff,**<br>v.<br><br>**PATRICIA A. SHIU, et al,**<br><br>   **Defendants** | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-cv-01806-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR EXPEDITED SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 7, and the Expedited Briefing Schedule ordered by this Court, Plaintiff Associated Builders and Contractors, Inc. ("ABC"), through counsel, respectfully moves that this Court enter expedited summary judgment against Defendants, the Director of the Office of Federal Contract Compliance Programs ("OFCCP"), the Secretary of Labor, and the U.S. Department of Labor. ABC seeks a declaratory judgment and a permanent injunction preventing any and all agency action to implement or enforce the data collection and utilization goal/analysis provisions of the Final Rule entitled "Affirmative Action and Nondiscrimination obligations of Contractors and Subcontractors Regarding Individuals With Disabilities," 41 C.F.R. Part 60-741, 78 Fed. Reg. 58682 (Sept. 24, 2013) (hereafter the "new Rule"), at least insofar as such provisions impact the construction industry.  Absent such declaratory and injunctive relief, the new Rule is scheduled to go into effect on March 24, 2014.

In further support for this Motion, ABC respectfully refers the Court to the attached Memorandum, which establishes that the new Rule impermissibly exceeds OFCCP's statutory authority under Section 503 of the Rehabilitation Act of 1973; that the new Rule is arbitrary and capricious in violation of the Administrative Procedure Act; and that OFCCP has not complied with the Regulatory Flexibility Act.

Wherefore, Plaintiff ABC requests that its Motion for Summary Judgment be granted. A proposed Order and an Affidavit establishing standing are attached along with the Memorandum of Law. The challenged Rule is attached to ABC's Complaint.

Respectfully submitted,

/s/ Maurice Baskin

Maurice Baskin
Littler Mendelson, P.C.
1150 17th St., N.W.
Washington, D.C. 20036
202-772-2526
mbaskin@littler.com

Attorney for Plaintiff ABC