**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS, INC., | ) ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case No. 1:13cv1806-EGS |
| | ) |
| | ) |
| PATRICIA A. SHIU, Director, Office of Federal Contract Compliance Programs, in her official capacity, et al., | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT**
**AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants Patricia A. Shiu, Director of the United States

Department of Labor's Office of Federal Contract Compliance Programs, in her official capacity;

Thomas E. Perez, Secretary of Labor, in his official capacity; and United States Department of

Labor (collectively, "Defendants"), move this Court for entry of summary judgment in

Defendants' favor.  Attached hereto is a statement of the specific points of law and authority that

support Defendants' motion, combined with a memorandum of points and authorities in

opposition to Plaintiff's motion for summary judgment.

Dated: December 20, 2013                           Respectfully submitted,


                                                   STUART F. DELERY
                                                   Assistant Attorney General

                                                   RONALD C. MACHEN, JR.
                                                   United States Attorney

JUDRY L. SUBAR
Assistant Branch Director (DC Bar #347518)

*/s/ Daniel Riess*
DANIEL RIESS (Texas Bar # 24037359)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*