IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ASSOCIATED BUILDERS AND                 )
CONTRACTORS, INC.                       )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )   Case No. 1:13-cv-01806-EGS
                                        )
PATRICIA A. SHIU, et al.,               )
                                        )
        Defendants                      )
                                        )
_____)

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW, AND EPILEPSY FOUNDATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Amici, national advocacy organizations representing individuals with disabilities, seek leave to file an amicus brief in support of Defendants' Motion for Summary Judgment. Amici, the American Association of People with Disabilities, the Bazelon Center for Mental Health Law, and the Epilepsy Foundation, represent the interests of millions of Americans with disabilities. Amici have worked for decades to promote the employment of individuals with disabilities, and their clients and members have a great deal at stake with respect to this litigation.

The amici organizations have a tremendous amount of collective experience and knowledge concerning the employment of people with disabilities, and believe that the information they propose to present will be of value to the Court in ruling on the cross motions for summary judgment. Amici propose to address the appropriateness of the U.S. Department of

Labor's imposition of a utilization goal for federal contractors employing people with disabilities – including construction industry contractors – and its imposition of data collection requirements to aid in measuring the effectiveness of efforts to recruit, employ and retain people with disabilities.  Amici would present information concerning the capabilities of people with disabilities to perform a wide variety of physically demanding and/or hazardous jobs, including construction jobs, the need for data collection as part of an effective affirmative action program, and the importance of affirmative action efforts to promote the employment of people with disabilities.

Amici understand that the parties are submitting cross motions for summary judgment on an accelerated briefing schedule.  Amici seek leave to file a brief no later than January 17, 2014.  Amici do not object to Plaintiff ABC having an opportunity to respond to any arguments made by Amici.  As ABC's opposition brief (and reply on its motion for summary judgment) is due January 10, 2014 and Defendants' reply brief is due January 31, 2014, Amici's filing would not unfairly prejudice the parties.

Counsel for Defendants Shiu, Perez and Department of Labor takes no position on the filing of this brief.  Counsel for Plaintiff ABC consents to the filing of this brief provided Plaintiff is given an opportunity to respond.

Amici respectfully request that the Court grant them leave to file an amicus brief by January 17, 2014.

Respectfully submitted,

      /s/ Laura Ginsberg Abelson
Laura Ginsberg Abelson (MD29363)
Daniel F. Goldstein *(pro hac vice pending)*
Brown, Goldstein, & Levy
120 Baltimore Street, Suite 1700
Baltimore MD 21202
(410) 962-1030
labelson@browngold.com


Jennifer Mathis (DC Bar No. 444510)
Emily B. Read (DC Bar No. 492773)
Bazelon Center for Mental Health Law
1101 15th Street NW, Suite 1212
Washington DC 20005
(202) 467-5730
jenniferm@bazelon.org
emilyr@bazelon.org

*Counsel for Amici*