**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS, INC.<br><br>        Plaintiff,<br><br>v.<br><br>PATRICIA A. SHIU, et al.,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-cv-01806-EGS<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Amicus Curiae Brief on Behalf of American Association of People with Disabilities, Judge David L. Bazelon Center for Mental Health Law, and the Epilepsy Foundation in Support of Defendants' Motion for Summary Judgment, the Motion is **HEREBY GRANTED.**

It is **HEREBY ORDERED** that Amici will file their brief no later than January 17, 2014.

_____
Emmet G. Sullivan
District Court Judge
United States District Court

Dated: _____, \_\_\_\_, 2014